# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES-GENERAL

Case No. SA CV <u>16-318-DMG (PLA)</u>   Date <u>May 25, 2016</u>

Title:   <u>Nicholas Patrick v. Costa Mesa Police Dept., et al.</u>

---

PRESENT:  THE HONORABLE  <u>PAUL L. ABRAMS</u>

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**   **(IN CHAMBERS)**

Pursuant to this Court's Order of April 7, 2016, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (<u>i.e.</u>, by May 9, 2016). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than June 24, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **June 24, 2016**, shall be deemed compliance with this Order to Show Cause.


cc:   Nicholas Patrick, Pro Se

Initials of Deputy Clerk <u>   ch   </u>