Nicholas Patrick
FULL NAME

COMMITTED NAME (if different)

Wasco State Prison
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. Box 4400 Wasco, ca 93280

AX4346
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

JUN - 6 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Nicholas Patrick
v.

Officers; Thomas, Peters, Brown
Deputies; McDermott, Garcia, Gotts PLAINTIFF.
Jonathon, cordova, v. forbes, Vaga, Neito
Vechone, miller, owens, Deleo, Denny,
Peely, Costillo, Grover, Flagerty, clade,
Broadhead, Vasquez, escobar,
sergeants; Hibbs, Hyatt, Hahn,
Thompson,                        DEFENDANT(S).
mental Health, and Sanchez, Sandy Diaz

CASE NUMBER   Amended Complaint
SACV 16-318 - DMG(PLA)
*To be supplied by the Clerk*

CIVIL RIGHTS COMPLAINT
PURSUANT TO *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many?   _one_

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   On 11-10-15 i filed a civil complaint against, eleven correctional officers, two sergeants, one appeals coordinator with claims of; mail interference, Due Process violations of; two notice of appeals, deadline to file violated, out going mail confidential corresponance to civil attorneys Albert f Coombes, Jeffery Karpel michelle West, Kristen Bowman, no responces after numerous attempts missing CDCR 602 appeals (5) emergency CDCR 602 appeals (3) Discrimination by way of race, last name, single cell status, lange body part, cheated out of program (working/cell with a t.v. view, eating extra food, coffee, sheets, towels Stay out of cell, do favors for inmates locked in/receive gifts from them, indigent inmate violations not receiving full issue per california Code of Regulations, including, food size small portion, laundry violating weekly issue, legal mail issues staff reading contents violating confidential correspondence, priority Library User Violated, civil court deadlines violated for, second amended complaint, inmate trust statement to proceed without prepayment, Total envelopes without responces (32), i forwarded the FBI Washington D.C. Headquarters this complaint, and more in march 2016, somehow made it out of Wasco.

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                     Page 1 of 6

a. Parties to this previous lawsuit:
Plaintiff _Nicholas Patrick_____

Defendants _Officers; Reynaga, Ziegler, Hurd, Hernandez, Mauldonado, Rios_
_Petroff Morales, Solis Dominguez, Buttran, sergeants; Moyes, Bracken, Apeals_
_coordinator F. Feliciano_
b. Court _U.S. District Court, Eastern District - Fresno -_____

c. Docket or case number _1:16-cv-00239-LJO-SAB_____

d. Name of judge to whom case was assigned _Lawrence J Oneil, Stanley A. Boone_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it
appealed? Is it still pending?) _Pending_____

f. Issues raised: _Interference of U.S. Mail, Equal Protection_
_clause, Due Process, Discrimination_____

g. Approximate date of filing lawsuit: _11-10-15_____

h. Approximate date of disposition _____Pending_____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
   occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____
   _____
   _____

3. Is the grievance procedure completed? ☐ Yes   ☑ No

   If your answer is no, explain why not _Pending    due   to   transfer_
   _from county jail  to  State Prison_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____Nicholas Patrick____
                                                          (print plaintiff's name)

who presently resides at _Wasco  State  Prison  P.O. Box 4400 Wasco, ca 93280_
                          (mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_Orange county jail, Santa Ana ca, Costa Mesa_
                      (institution/city where violation occurred)

| | | | | | |
|---|---|---|---|---|---|
| 1. 4-5-13 | 8. 9-16-14 | 15. 11-26-14 | 22. 2-17-15 | 29. 3-17-15 | 36. 6-29-15 |
| 2. 4-24-14 | 9. 9-28-14 | 16. 2-3-15 | 23. 2-15-15 | 30. 4-2-15 | 37. 7-2-15 |
| 3. 7-7-14 | 10. 7-28-14 | 17. 1-13-15 | 24. 3-7-15 | 31. 5-23-15 | 38. 7-6-15 |
| 4. 7-7-14 | 11. 9-14-14 | 18. 2-8-15 | 25. 3-7-15 | 32. 5-29-15 | 39. 7-8-15 |
| 5. 7-7-2013 | 12. 11-22-14 | 19. 5-28-15 | 26. 3-8-15 | 33. 4-8-15 | 40. 7-7-15 |
| 6. 7-7-2013 | 13. 11-24-14 | 20. 7-20-15 | 27. 3-16-15 | 34. 5-2-15 | 41. 7-16-15 |
| on (date or dates) 7. 11-10-14 | 14. 11-24-14 | 21. 2-10-15 | 28. 3-19-15 | 35. 5-8-15, 5-11-15 | 42. 7-27-15 |
| | (Claim 1) 1 to 14 | | (Claim 1) 15 to 28 | | (Claim 1) 29 to 42 |

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant claims — Officers; Thomas, Peters, Brown _____ resides or works at
   1.
   2.  _Costa Mesa Police Department_
   3.  (full address of first defendant)
   4.  _Police Officer_
        (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   impunity, lieing, belittle, hate

2. Defendant claims — sandy Diaz ana sanchez, Mcdermott, cordova, Garcia, jonathon, clade _____ resides or works at
   5.
   6.  _orange county Sheriffs Department_
   7.  (full address of first defendant)
   8.  _nurses          Deputies_
   9.     (defendant's position and title, if any)
   10.

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   impunity, lieing, belittle, hate

3. Defendant claims — cordova, Gotts, Peely, Delco, Denny, Ring, Forbes, _____ resides or works at
   11.  (full name of first defendant)
   12.  _orange county Sheriffs Department_
   13.  (full address of first defendant)
   14.
   15.  _Deputies_
   16.     (defendant's position and title, if any)
   17.
   18.

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   impunity, lieing, belittle, hate

4. Defendant Claims

Vechone, sarbia, owens, Broadhead, Neito, Miller, Gotts, Hahn
Grover, costillo, vasquez, Thompson, Hibbs, Ana sanchez resides or works at
(full name of first defendant)

33. 40.   orange County Sheriffs Department
34. 41.   (full address of first defendant)
35.
36.       Deputies          Sergeants          nurse
37.       (defendant's position and title, if any)
38.
39.

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:

impunity, lieing, belittle, hate

5. Defendant Claim

costillo, Vasquez, clade, escobar, Vaga
Gotts, McDermott, Neito, sarbia, cordova, Peely, Ring, resides or works at
(full name of first defendant)

42.   orange County Sheriffs Department
      (full address of first defendant)

      Deputies
      (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual  ☑official capacity.

Explain how this defendant was acting under color of law:

impunity, lieing, belittle, hate

4.  Defendant _Owens, Vaga, Gotts, Peely_ _Ana sanchez_
    _Claims_ (full name of first defendant) _Sandy Diaz_ resides or works at
    19. _Orange County Sheriffs Department_
    20. (full address of first defendant)
    21.
    22. _Deputies_                                      _nurses_
    23. (defendant's position and title, if any)
    24.
    25.

    The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

    Explain how this defendant was acting under color of law:

    _impunity, lieing, belittle, hate_

5.  Defendant _costillo, Vasquez, Flagerty, Broadhead,_
    _Claims_ _Forbes, Peely, Gotts, Ring, Denny,_      _Hyatt_   resides or works at
    26. (full name of first defendant)
    27. _Orange county Sheriffs Department_
    28. (full address of first defendant)
    29.
    30. _Deputies_                                    _sergeant_
    31. (defendant's position and title, if any)
    32.

    The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

    Explain how this defendant was acting under color of law:

    _impunity, lieing, belittle, hate_

## D. CLAIMS*

CLAIM I

The following civil right has been violated:

Claims 1. through 42. — Equal protection, Privacy, confidential Correspondence, discrimination based upon; race, large body part, sexual orientation (Gay), Disability, Sex,

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Refer to supporting facts Claims 1. through 42. pages within

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Compensatory and Punitive Damages for;
Claims 1. # 485,000.00
         2. # 725,000.00
         3. # 725,000.00
         4. #  15,000.00

Claims 5. through 42. at # 100,000.00 each

Total Compensatory and Punitive Damages for;
Claims 1. through 42. # 5,750,000.00

05-2 16
_(Date)_

_(Signature of Plaintiff)_

Supporting facts
Claim 1

on 4-5-13 i was arrested by Costa Mesa
Police at 1773 Westminister ave for a warrant
for driving under a suspended licence in the
city of Irvine ca the person who called the
Police, Kelly Stroud claimed i kicked her
gate, i explained to officer Brown that
i have never recieved a citation in the
city of Irvine. Kelly Stroud told officer
Browns partner that i was in the process
of an eviction. i spent (10) days in jail
all my property was removed from my
house. i had a ruff time with the
court in the county jail (CJ1) the
Police report on the warrant clearly
Showed a white ford, i owned a
Black Tundra 2008, transfered to
Harbor Justice center ruff time
with D.A, and P.D. they were very
persistant about a plea agreement, i
claimed "it was not me" released O.R.
two more appearances —Dismissed—
i felt Violated, i was falsely arrested.

Supporting facts
Claim 2

on 4-24-14  Kim Lawrence wants to go to the bar
"Tony's Place" in costa mesa with "ally" her girl friend (28)
years old, Kim is (57), i say no, i'm playing my electric
guitar, Kim and me start to argue, ally goes out-
side, Kim throws her beer at me, i get angry.
Jim the maintainence worker calls all, i walk
to the Motor Inn office to get change for
a five in quarters, when officer Mate Peters
appears and said "what happened"? i said
we argued, she tossed her beer at me, i
walked away to get change at the office.
i get arrested. i felt violated - officer Peters
partner detained me near the Motor Inn,
office while officer Peters interviewed Kim
and ally, it should be noted that on 4-22-14
Kim and me argued about Kim talking to
deborah (my ex girlfriend) on Kims iphone
with the loud speaker on while in bed, Kim
placed her iphone next to my ear so i took
it and threw it towards the wall glazing
the side of Kims head (temple area) by
accident. The police were not called. And
later on 5-21-15  in trial count 4, related to events
occurring on 4-24-14 were dismissed, all this time
in prison, the county jail for nothing, i was
arrested for nothing — i felt violated   hopeless
angry, as i was placed in police car.

# Supporting facts
## Claim 3

On 7-7-14 i was arrested for corporal injury, and Damaged wireless com device, according to the one page arrest report —

on 7-6-14 i return from A.A. Meetting, i get in to bed with Kim, she wakes up and yells "get out, i say no i pay half of the rent," Kim calls 9-1-1, Costa Mesa Police arrive, Kim tells the officers "hes going to hit me", they don't believe her, they leave.

7-7-14 i wake up to Kim Lawrence yelling "get out, get out" with her iphone video recorder aiming at me, i got up and went to kim in the Kitchette, grabbed Kims hair briefly to calm Kim down and took her iphone from her and turned off the Video recorder, Kim started to call 9-1-1 from the land line phone when i said "please don't call 9-1-1 the D.A. will not let me out of jail" i the tossed the iphone on the bed, Kim grabbed it and called 9-1-1, i said "i'm out of here, ive had enough, i placed my property out side except my Vizeo smart t.v., i placed it onto the bed face down, unscrewed the t.v. Stand with my cordless Makita screw driven when finished i stood up and turned to fetch the t.v. Box from behind the dresser when Kim said "hes got a drill, hes going to kill me with it" i pulled the t.v. Box out side Kim Slammed the door, i waited for Costa Mesa Police, i told the truth to officer Thomas he arrested me for nothing false Arrest, i felt; anger, Fear, rejection because officer Thomas arrested me Knowing Kim made 9-1-1 calls when she was angry at me or did not get her way, officer Thomas has escorted off the Motor Inn (7)+ times without injury — Please refer to graft chart for details of dismissed counts.

5-21-15   Jury Verdicts
no names attached as;
one not guilty, one guilty, Three hung jury

Jury instructions as;
counts
1. assault with a deadly weapon
2. corporal injury
3. criminal threats
4. simple   battery
5. corporal   injury

Supporting facts
Claim 8

Judge declares;
mistrial, mistrial

Judges trial clerk
Announces;
count 1. not guilty —
assault with a
deadly weapon

guilty —
Simple assault

guilty —
count 5. corporal injury

Dismissed Counts — False Arrest
# 2. arrest date — 7-7-14
# 3. arrest date — 7-7-14
# 4. arrest date — 4-24-14

Attorney General
Respondents brief
non Felony — Guilty —
Simple assault
a lessen included
offence of count 1.

Felony → Guilty —  5 years prison
count 5. corporal injury
The Victim Testified
it was an accident
The victim did not
call the Police

# Supporting facts
## Claim 4

On 7-7-14 once book into the costa Mesa
Police Department Jail, Officer Thomas
Took my glasses - Maker, Joseph Abboud
$ 400.00 glasses - metal Frame (gold)
Purchased at Newport Beach optometry
Harbor blvd, Newport Beach. When i
arrived at Wasco State Prison the
glasses were not in my property
On the arrest report it indicates a
check where it says glasses taken, but
the inventory shows nothing, My property
inventory at the orange county Jail
Shows no glasses. i felt cheated, fear,
pain — i have the police arrest report,
and jail inventory, as well as O.C.J
Property inventory.

Supporting Facts
Claim 5

July 2013 at morning meds in Module C-13-#1 i hear Ana Sanchez in the vestibule say "let me see your big dick on the toilet," just then the "tier 13" gate opens and deputy escobar followed by ana approach #cell 2, ana looks in to see me on the toilet through the bars and walks towards cell#14 and says a few more words on the way there. i felt excited, nervous

Claim 6

July 2013 at evening meds in Module C-13-1 i hear Sandy Diaz in the vestibule (a few days later) say "lets see it big on the toilet," the gate opens on tier 13" and deputy escobar enters followed by Sandy Diaz, they approach cell# 2, Sandy looks into cell# 2, while the deputy in the booth flashes his light into my cell while im on the toilet, the deputies approach my cell and instruct me to cuff up, i complied, Once in the vestibule i was confronted by ten deputies, one of the deputies said "what were you doing on the toilet"?, i said "showing the nurse my penis in responce to her requesting it," they escorted me to the room next to the Sergeants office for (4) hours, then i returned to my cell, both nurses requested to see me on the toilet again on numerous occasions after this incident. i felt betrayed, angry very small, violated

Claim 7

on or about 4-10-14 i was laying on my bed, i heard Sandy say "let me see your big dick nick" while passing meds out near cell #14, sandy walked by my cell and ducked head down to see if i had my penis exposed i had a towel hanging blocking the path in front of cell# 11 Module F-24, i felt excited and nervous. deputy Gotts was working at the time.

Supporting facts
Claim 8

On 7-15-14 module J, total sep - i approached the
unit 2 door with my cup to request hot water from
the vestibule, there are (4) units who use the hot
water dispencer, i waited for 45 minutes waving
my cup, the deputies could see me through the
glass, i felt belittled, deputy cordova entered the
vestibule with deputy McDermott to unit (3)
then returned to the booth, this has happened
on numerous occasions, standing there feeling
stupid, powerless, angry, waiting

Claim 9

09-16-14 i was in the shower on the second
tier, when deputies; McDermott, Garcia, jonathon enter
unit (2) and stop at the stairway, McDermott walks
to cell #(3) and instructs an inmate to sit at the
nearest table and rejoins Garcia and jonathan at
the stairway, i peer out from the single shower
to observe the (3) deputies Grouped up looking up at
me, deputy Garcia began smiling at me so i turned
back into the shower, then deputy McDermott
said "your dick ain't so big after all is it? i felt
violated, Deputy McDermott has made comments
in the past that i overlooked or didn't understand
until the shower scene, they waited for me to
exit the shower to towel off in front of them, i
waited in the shower until they exited the dayroom
deputy McDermott rehoused me to a barred cell
housing unit because i complained about the
shower scene, i lost my t.v., N.F.L sports, movie
viewing, into a module in the main jail,
known for cell assaults suchas inmates tossing
milk carton with feces, urine, into barred
cells. later in C module i was assaulted
with curdled milk through my cell bars on
me. i tried not to show it as i was exiting
module J-2-6 how i felt, painful, angry he
could get away with it, i was classified for
module J.

Supporting facts
Claim 10

On 7-21-14 and 8-18-14 Module J-2-6 deputy
Clade and Cordova start to chain me for court
first Clade searched me he said "put your hands
on your head, then he proceeded to pat me down
I felt a soft pat near my buttocks, then my
thigh, i felt violated i said "hey stop that"
he then put the waist chain on and man
handled my wrist (right) into the cuff, while
deputy Cordova watched, then clade says lift
your right leg and cuffs my ankle while Cordova
incerts my left wrist into the chain cuff and
clade incerts my left ankle into ankle cuff
i felt totally violated, pissed off, was i supposed
to be in chains? later i refused to be cuffed
some would not cuff, some would.

Claim 11

On 9-14-14 i mailed a romance card i
purchased at the commissary on 7-23-14
for Kim Lawrence (i have the reciept), Kim
Visited me every week up until 9-13-14,
(my birthday) so i waited to mail the card,
also, little did i know 9-13-14 was my last contact
with Kim, the card was to wide for a regular
envelope so i cut one inch off to fit, i still
have the (2) one inch pieces, after no responce
from Kim, i wrote a letter, nothing, later
in module F my ex girlfriend deborah did
have contact with Kim, Kim never received
the romance card. Deputy Cordova on
numerous occasions walked by my cell
and said "i got Kims romance card"
i freaked out, i have my notes, anger,
I felt pain

Supporting facts

Claim 12

On 11-22-14 at 730 Am commissary was passed out, my
order was short by three dollars, I yelled out to the deputy
to return to my cell to discuss my commissary issue,
I yelled again — nothing, the inmates were arguing at me
to shut up, then deputy Gotts said via loud speaker
"Shut up," I continued to try to get the commissary
deputy to return, Gotts said again "Shut up or I will
let cell #12 out (my cell #11) a few minutes later my
cell gate opens, I come out with my fist up ready
"to defend myself, a minute later deputy Gotts said
"day room Patrick" once in the day room, cell #12 is
arguing with me, that throws a milk carton of
water through the bars in to my cell, all on my desk
in my coffee, paper work. A few minutes later deputy
Gotts, and feely, approach the day room and say, why all the
arguing from the inmates? it was short three dollars on
my commissary, I was defending that, deputy feely
said "shut up," and some scary words, then I responded
then Gotts said some words that made me feel
violated with fear, they said they were going to
come into the day room with words of anger,
they moved me to D-19-D air in within minutes,
total Sep housing, I was given a disciplinary violation, unfair
deputies getJann, to cheat me out of daily newspaper, lets
inmates getting unhoused to cheat, and threaten to throw feces thru
the bars at me.

Claim 13

On 11-24-14 at 930 Am I went to dayroom, my cell is #10
D-19 down stairs 1st Tier, D-20- up stairs 2nd tier, cells #4
to #14, dayroom is next to #14, on the way to dayroom
#17 he asked me to get a magazine from #7, I went to cell
#7 he threw the magazine at me, so I took it to my cell,
after lunch the deputies did a cell search and found some
homemade wine (pruno) #8, later at 8pm pill call they let
the inmates out cell at time to get them medication, my
cell opened, I started towards the front of the module
when cell #8 spit at me from (5)feet away, I felt the
spit or something, I continued forwards the vestibule when
the inmate starting talking shit I turned around at about (15)
feet and spit back without thinking, spit passed a half inch of
water from my cup then walked away, at the gate deputy
Deleo said put your hands on the wall, searched me, took
my cup, I cuffed me and walked me out of the vestibule
to a room with steps next to the sergeants office
I sat there on the steps for (2) hours, then, I kicked the
door, deputy Denny approached, I requested medical, he
laughed, then Deleo approached, I requested to have
the deputies adjust the cuffs', Deleo did not took them

Supporting facts .
Claim 14 continued-

at first, the cuffs tightened and began to cut into my skin, both deputies laughed, i began to yell, i began to remind them that i didn't know what the inmate spit on me. the deputies, stood outside the room from me for at Twenty minutes, after 4½ hours deputy Denny and his partner escorted me to the first floor holding tanks until 530 AM module F-30-8 on the fourth floor is where i was escorted back to. on 11-29-14 i received my property minus (3) items # a letter from my girl friend with a list (4) pages of civil litigation, attorneys, my cup, and a full writing tablet. i felt violated, i was given a disciplinary violation, i felt anger, powerlessness.
Violated

Claim 15

11-25-14 i return to module F-30-8 from module "D" back to line of fire, no newspaper, Lunches, brown bag instead of diet bag, cheated out of dayroom by deputy Gotts, commissary. deputy playing games with my order, inmates getting drunk harrassing me from their cells, through out Z-1-15 afew days nothing, then harrassment would start again through out this time i received the daily news paper may 10 to 15 times. i have been clean and sober since 7-4-14. i felt anger, pain, rejection

## Supporting facts
## Claim 16

on 2-3-15   my day room time, i entered
the shower, while showering deputy Ring
entered my cell # 8 and took my pencils that
i purchased from the commissary (i have reciepts)
six to eight pencils 10¢ a piece, and a bag
with other items, while in the shower im
not able to hear the cell gate open or
close. When i returned to my cell my
nieghbor down stairs observed deputy Ring
go in and out without me being present
deputy Ring never said anything to me
about the incident. i felt violated,
angry, ripped off

## Claim 17

on 1-15-15.
On these court dates 1-5-15, 2-24-15, 3-6-15
i submitted (3) inmate request forms to
inmate records in the jail on separate
occasions requesting all my court dates,
each time i received only one court date
signed by the Mail room as the signiture.
each of those times deputy Ring
delivered the responces to me at mail
delivery, during my stay at the county jail
i submitted (12) request forms requesting
all court dates half of them returned
with Mailroom as the signiture.
i feel cheated, pain

Supporting facts
## Claim 18

On 2-8-15, Cell# F-30-8 i requested deputy Forbes
to seal and sign an envelope as confidential
correspondence containing (9) pages of letter to
civil litigation law firm "Albert F Coombes esq",
i located this law firm by accident while reading
the Orange County Register Newspaper "public Notices"
on 8-5-15 i transfered to Wasco State Prison, i
did not recieve a responce. Later on numerous
occasions while walking on the tier i heard deputy
Forbes say "Your letter didnt go out". i felt violated
when i transfered to wasco state prison in my property contained
the O.C. Register "public notices" clip of Albert F Coombes, % Nieto
confiscated on 8-5-15

## Claim 19

On 5-28-15, cell F-29-9 i requested deputy owens
to seal and sign an envelope as confidential Correspondence
containing (9) pages of letter to civil litigation Law firm
Kristen R. Bowman esq., i located this law firm by
accident while reading the Orange County Register
Newspaper "Public Notices" i recieved no responce while
incarcerated in the O.C. Jail, although later at
wasco state prison i attempted to correspond with
Kristen R. Bowman on 11-18-15- no responce, then again
on 1-11-16 no responce, then again on 2-25-16, this
time a return to sender. i felt violated, cheated


## Claim 20

on or about 7-20-15 cell F-29-9 i requested
deputy Vaga to seal an sign an envelope as
confidential Correspondence containing (9) pages of
letter to civil litigation law firm Jeffery Karpel esq
no responce. Trust violated —
## Claim 20
on or about 6-10-15 cell# F-29-9 i mailed
a letter containing (9) pages of letter to
Michelle M. West litigation attorney, also in
Public Notices "no responce - deputy Vaga sealed
and signed as confidential correspondence. trust issues

# Supporting facts

## Claim 21

on 2-10-15, my cell # F-30-8, I was laying on my bed when deputy Gotts and Sandy Diaz approach cell #4 munoz, at noon "spam", prior to stopping, I near Sandy say is it big, as she enters the second tier gate. At #4 sandy looks at my boxer shorts and moans at the same time deputy Gotts looks to. I quickly turn my body over until they leave, inmate munoz does not normally receive any spam at noon, I felt violated. This has been off and on with Ms. Diaz since 2015, there is excitement too.

## Claim 22

on or about 2-17-15 my cell # F-30-8, I was laying on my bed when I heard the second tier gate open, Ana Sanchez said, "Show me that big dick nick," deputy Gotts and Ana stop at cell #7 and appear to be giving inmate Sanchez nothing so I approach my cell gate and expose my self to Ana and deputy Gotts, they both look first Ms. Sanchez then Gotts, inmate Sanchez does not recieve any meds, at all, Ana Sanchez has been involved with me since 2015, I felt violated and excited.

## Claim 23

on or about 1-15-15 as I was approaching the medical floor via the escalator. I noticed Sandy with a deputy talking, I sat down next to the nurse, when out of nowhere Sandy takes the vital signs machine and does my vitals while the nurse sat there confused as to what happened, then Sandy softly carressed my arm, and lowered her body exposing some of her breast at me, I thought O.M.G. is this really happening? her breast in my face, what am I going to do? I felt nervous, excited.

Supporting facts
Claim 24

3-7-15 at 5 PM Roof (rec yard) (2) deputies
and (1) apprentice escort me to the roof
from Module F, once in hallway, approaching
D module, deputy Peely exits D module
staring at me strangely while walking
in my direction, im freaking out, im
thinking all (4) deputies are going to beat
me up, as we approach the escilator,
deputy Peely disappears, i feel relieved
some what, i still have fears from
the incident in the dayroom on 11-22-14
1-31-15 deputies Peely and Gotts together in module, i didn't receive
my lunch, Peely real quiet passed out lunches from bottem tier,
throw lunches up to inmates catch through the bars

Claim 25

3-7-15 returning from the roof
in the vestibule deputy Gotts said "i
gave your mail from deborah to inmate
Sanchez in the dayroom, i went to
the bars and took my letter from
Sanchez with no problem, after returing
to my cell, i thought "whats next? very
painful to be treated like that, i felt
angry, fear

## Supporting facts
## Claim 26

3-8-15   Module "F" closed for maintenance, me and some inmates transferred to Module "D", deputies; forbes, gotts, Peely, ring using inmates to harrass and cheat me out of daily newspaper, my cell# 1, on the way to dayroom, inmates drunk, reach out through bars (note: 4 feet in between hand rail and cell) threaten with milk carton feces, urine, most of the inmates doing long time in prison, fear of something happening on the way back to my cell from the dayroom, deputy forbes said walking past my cell" i didn't let your civil attorney letter go out,"

## Claim 27

3-16-15   430 Am  from module "D" to module "L" crisis bed i felt threatened so i informed the deputy as he walked by my cell, that there will be a problem, i need to be moved, the deputy cuffed me, escorted me to the service elevator area, a bench with a metal loop attached to it, i was cuffed from behind to the loop, at about an hour later two mental health females interviewed me, i explained the deputies are using inmates to harrass me, also since deputy denny was present i told them about being locked in the room next to the sergeants office for being spit on, and gotts, peely scaring me in module F day room, they listened then said they would move me, i did not receive breakfast, i sat on the bench until 830 Am, then escorted to crisis bed module "L" suicide blanket until 1130 Am, when doctor released me from suicide watch, i explained to the doctor the need to stay in I.R.C. facility, about the inmate threats through the bars, didn't happen, i was transfered to module "C" third floor.

## Claim 28

3-19-15   from module "L" to Module "C" main jail deputies; Costillo, Vasquez, using inmates to cheat me out of daily newspaper, inmates roll and tie the paper, reach out side of cell and toss newspaper past my cell, painful. Costillo, and Vasquez hung up or disconnected my phone call (4) times, from deborah it cost five dollars for a half hour, hang up early still five, twice after 10 minutes, lose 20 minutes, angry, Fear

## Supporting facts
## Claim 29

on 3-17-15 i was escorted from module "L" to the jail court tanks, my name was called to get chained, deputy Flagerty instructed me to place both hands on the wall, normally the chain cart we place our knees on the chain cart to get ankle chained, this time deputy flagerty chains my waist to tight i request to loosen a link or two, he didn't, then instructs me to place my left wrist into the waist cuff, while im complaining about the waist chain, cuffed, flagenty instructs me to incent my right wrist into the cuff, i still complained, requesting flagerty to loosen the waist chain a link or two when flagerty grabbed my wrist from the wall and slams my face in to the wall breaking my glasses while two more deputies help contain the situation, i did not get the waist chain loosened until i entered the court house holding tank. i felt violated, angry, fear i have the broken glasses in my property, module-"L" issued the glasses to me after released from suicide watch.

## Claim 30

on 4-2-15 Sergeant Hyatt interviewed my claim of sexual harrassment from 9-16-14, i called finally when i knew of somebody to call. Sergeat pulled me out of the vestibule near the service elevator, no search, just the sergeant and me, i explained what happened, he seemed like he didn't care or believe me i was told to sit on the floor during the interview, it was over just like that, i did not receive a grievance reciept with claim number, i felt like they were getting away with it, hopeless, fear, on 8-5-15 deputy McDermott approached my holding tank before transfer to wasco wearing a polo shirt (task force) promotion.

Supporting facts

Claim 31

3-19-15   C & V playing with the lunches, my diet lunch white bag with name on it, missing items, let inmate worker keep my bag, give me brown or go with out.

4-19-15 - Deputy Broadhead lets module use barber razor to cut hair, inmates drunk, inmate corporal cell# 5 upper tier comes to my cell with razor blade, that inmate monteville cell#7 Lower tier and reaches in to cut me through my bars cell# 9 i back away, i'm worried he will throw something in so i use a milk carton to scare the inmate away, it worked for short time. the only place to plug in to cut hair is out, let in between cells #7 and #9 first tier, the inmates cut hair until 1230 AM. loud, couldn't sleep,

4-15-15  Kim visits me (mental health) i explain the threats.

4-16-15 i informed deputy costillo that C-13-7 monteville threatened to cut my face right in front of him while walking on the upper tier, deputy Costillo said "don't put your face near the cell gate," i stated" you have been informed"

4-20-15  Kim from mental health responded to my request i personally handed to the nurse after she gave me my meds. i explain last nights events with C-14-5 and C-13-7 she stated" your moving", that night moved to module "L" I R C facility, until 4-26-15 doctor said i would stay at I.R.C. Facility, i didn't.

Claim 32

4-26-15 -  i was moved from module "L" to module "c"

4-29-15  i exited from dayroom and approached the deputy (broadhead) in the control booth, positioned near cell # 2, i requested a grievance/appeal form, broadhead said "what" i repeated my request (3) times, before the deputy said" we don't have any," i slowly retreated, walking backwards torwards my cell while argueing with the deputy when cell#7 grabs my smock and pulls me head first into the bars of his cell, it dazed me, i realized what happened i was angry i defended my self the best i could, i charged at his cell, tried to hit back without success, monteville grabbed a razor blade and lunged forward i backed away, broadhead entered the cell area and ordered me to my cell i complied on the way cell# 8 throws a full milk carton at my head hits me, i pick it up and charge to his cell stop and throw the milk carton and hit him back deputy Broadhead came to my cell shortly after and said" are you all right, do you want to press charges" i said " yes".

4-30-15  sergeant Hyatt interviews me for fighting i explain i was assaulted while i was not looking i defended my self, i never heard anything after that. i felt fear, anger, defenceless, powerless

Supporting facts
Claim 33

On 4-8-15 upon exiting module C deputy Grover commented on my wristband "where did you get this there's no name on it, it looks rediculous", i say something witty, it started more witty tones as we entered the service elevator, Grover says "quit being a dick, your too witty" we get to th roof, now Grover's demeanor has escalated to physical, at gate entrance to small yard he states" since your so witty you don't get the large yard, upon taking the cuffs off from behind he lifts my arms up to high holding on to the cuffs i felt pain, and fear, and shock, he slowly removes the cuffs in this possition. At conclusion of Roof time the large yard (dorm inmates) exited except one inmate sweeping, deputy Grover opens small yard to cuff up, then calls inmate to gate then opens it while im cuffed, (deputy has his hands on chain portion of cuffs in a manner to restrain me from fighting) the deputy led me to believe there was danger of conflict.) while in module "L" i received a wristband with no name - Temp - because of numerous request for a new wristband in modules "F", "D". (wear and tear)

Supporting facts
Claim 34

5-2-15 once again Kim from mental health responds
to a request, i personally hand to nurse passing out
meds, Kim is in the vestibule with me when all
of sudden (5) deputies appear, i explain briefly,
Kim leaves sooner that i expected.
4-15-15 deputy Costillo disconnects phone call early,
as also on 4-29-15. i felt fear, intimidation, deputy Vasquez
Claim 34
5-8-15 at noon meds Ana Sanchez (nurse) admitted
she made Phil cell # 8 upper tier yell out on tier so
-every body could hean" Patricks showing his dick to the
nurse" its lowd in the module but i could still hear
anna's voice, she also said, "i miss looking at your
dick"

Claim 35

5 PM on the way to the dayroom cell # 4 first
tier while i was sitting on my bed tossed his trash
(4 dinner trays) into my cell, when dayroom was
over, Joker comes back to my cell and tosses
a milk carton of curdled milk at my face, i
became violent, angry banging on my barred
cell gate loudly, deputy Broadhead walks by
as i was cleaning my cell, i said i want to press
charges for assalt and battery - nothing -
5-11-15 once again Joker cell # 4 called me names on
the way to the dayroom, on the way back after dayroom
Joker reached in and took my smock, i grabbed it
before it could be taken away, smock on the bars.
5-12-15 C-13-14 once again harrassment name
calling, deputy in booth allows it (Broadhead)
i submitted a grievance to the sergeant -
a few days later C-13-4 spit on me on the
way to the roof, i complained, at 2:30 AM
i was moved to 4th floor module F-29-9
i felt violated, angry, craziness in my head,
i have the disciplinary reports, all my notes,
i want justice, i have a right to a jury
trial to get the truth, and the court to
hold the defendents accountable.

## Supporting facts
## Claim 36

On 6-29-15 Sergeant Hibbs pokes his nose into my cell through the bars and said," take the Pictures off the wall." i said, "what" after almost asleep (930 PM), Sergeant Hibbs said "Get up and cuff up," deputy Miller cuffs me and leads me to the wall outside my cell and sits me down cross legged, and cuffed behind my back onto the ground. I start complaining to the sergeant, we start arguing when all of a sudden coming from the other direction deputy Neito Kicks my left knee, with anger and force while i was not looking. i turned just after the Kick to get a glance, not in time though to move, i ask deputy Neito "why did you Kick me? i said what? Neito said," next time move out of my way" Neito and Miller took all my pictures i cut out of people Magizine. i requested to go to medical, i felt violated, fear

## Claim 37

On 7-2-15 i filed a grievance/appeal in the morning, and (3) hours later sergeant Hahn and deputy Vechone interview me in the vestibule. Sergeant Hahn said," put your hands on the wall" and proceeded to search me, he started from my ball sack squeezing twice, then patted my left leg down, then back up to my penis, a squeeze, then my right leg, down then up to my ball sack again. i felt violated. Sergeant Hahn asked "what happened," i told him my side of the story, he said " so the deputy tapped you","no big deal", i said," he kicked my knee when i was not looking," i went back to my cell. At dayroom release, i reported what happened,"that the Sergeant touched my private parts to many times, longer than normal""to the orange county Sheriffs Department. (note: after reviewing my notes 7-2-15 is the correct date)

## Claim 38

On 7-6-15 Sergeant Thompson and deputy Neito are waiting in the vestibule to interview me i assume from the report to the O.C.S.D., deputy Neito has a camera this time, i felt very uncomfortable, Sergeant Thompson said " put your hands on the wall" the sergeant proceeded to search me the exact same way Sergeant Hahn did,"private pant, left leg, private pant, right leg, private pant, i asked sergeant thompson if he found any weapons between my legs. At the next day room release i called the O.C.S.D. and reported the sergeant. i felt violated. (Note: after reviewing my notes, 7-6-15 is the correct date.) on 8-5-15 doctor xray my knee (ADA)

# Supporting Facts
## Claim 39

On 7-5-15 deputy Owens said "your diet tray did not come this morning." "do you want to wait while we call for it"? or "do you want a regular tray? i said "no" i don't want a regular tray i have two ulcers, the doctors ordered egg whites only, where is my tray, i'll wait. i didn't get to eat this morning. i filed a grievance, this has occurred more than once. it made me angry, i felt crazy with powerlessness.

## Claim 40

. On 7-7-15 deputy Sarbia instructed the inmate worker to place a dinner tray (diet) without the hamburger, i argued "where is the hamburger"? deputy Sarbia said "it didn't have one" i got angry and tossed the tray out my tray slot onto the ground and started to rattle the barred gate loudly, yelling for my hamburger. About Twenty minutes later a cell opened, an inmate walked by my cell i asked the inmate to pick up my tray off the ground because some how half of the food was in place after throwing it, i started to eat it. when a black deputy approached my cell with a inmate worker and gave me the hamburger, i took it, said thank you and ate, i felt powerless, angry

# Supporting Facts
## Claim 4)

on 7-16-15 at 11 Am i was escorted in hand cuffs to medical, waited ten minutes deputy vaga said the doctor was busy, at 2:30PM i was chained an escorted back to medical, about fifteen minutes, no doctor i was escorted back to Module F.

7-20-15 at shower i heard deputy Neito say " your beautiful, i wish i had that dick" after exiting showen 45 minutes later via loud speaker "Patrick do you want to go to medical", i said "yes" i didn't go, after meds were passed out via loud speaker the deputy said "Patrick do you want to go to medical", i said yes, i took a letter to deputy Vaga to sign to personally witness it being placed in the legal mail box, why? because i heard deputy Neito clearly say "your civil rights attorney letter will not go out" the night before, the letter was visable through the bars face up on top of my desk, Neito was starring at my crotch a little to long, it made uncomfortable vibes while my meds were given to me, i remember the kick on 6-29-15, i was chained again, Leg, waist, tight, deputy Vaga handed my legal letter to the deputy that chained me up for a doctors visit, on the way to the service elevator we stopped at module D, i was facing the elevaton deputy Sarbia was standing at D module, the deputy went into the office for something after exchanging some words, deputy Sarbia said in a low tone " your beautiful, you got a big dick" i turned around to confront him but the other deputy returned i felt a pang of fear my escort opened the elevation while deputy Sarbia watched, when elevation opened Sarbia said " in there in a forceful tone, i went in he then pushed me forward to the front i did, then he crowded up against me, touching my buttock, i then moved up against the sliding door, chest up to it, just then my escort says, lets go back to module F, deputy Sarbia said "do you want me to take him"? my escort says no, Sarbia followed to take him"? my escort says no, Sarbia followed on the tier deputy Sarbia was bragging that deputy Neito trained him,

Supporting facts
Claim 42

on 7-27-15, F-29-9, at dinner just seconds before i received my dinner tray i observed inmate Gibson receive his plastic covered diet tray with (2) hot dogs, from august 2014 until 8-5-15 due to ulcers i received only one hot dog on my diet tray (hearty heart diet) i couldn't believe it almost 12 months i thought that only "one" was the diet, it turns out to be (2), when the normal tray has a large hot dog, the diet trays are supposed to have (2) small hot dogs, the deputies knew this, they let the inmate workers eat my hot dog, every time i moved to another module to be rehoused same thing only one hot dog, now i understand why my diet tray did not have plastic covering on my tray, i feel Violated, cheated, by deputies' Gotts, Neito, Vaga, McdermoTT, Cordova, Peely Ring, sarbia, Costillo, Vasquez, Clade, escobar Clade.

What do you want the Court to do for you?

1. Supply County jails a California Code of Regulations or equal

2. Law library in county jails

3. Fair treatment to all inmates

4. Additional training for deputies concerning mental health

5. Tougher disciplinary action for sexual misconduct

6. overtime — set limit for deputies

7. Balanced diet in food portion size

8. Unoficial chain of command where deputies are victim of seniority who reflect at the inmate by way of impunity

9. Deputies who let inmates brew alcohol from fruit to hurt other inmates, must stop

10. Make Attorney directory in county jails available for criminal and civil action

11. "Hot water" release to the Vestibule as soon as reasonable

12. Unnecessary use of waist and ankle chains imposed by the deputies in the jail

# PROOF OF SERVICE BY MAIL

(Cal. Code of Civ. Pro. §1013, FRCivP 5(b) (2) (C), FRAP 25(c) (1) (A))

I, _Nicholas Patrick_ , declare that I placed a true and correct copy of the following documents(s):

In a fully first-class postage paid envelope and addressed it to:

I further declare that I followed institutional procedures for the processing of outgoing legal mail and turned the sealed envelope over to prison officials for mailing on the date below.

The foregoing is true and correct under penalty of perjury.

Executed by _Nicholas Patrick_ _____

Print Inmate name and CDCR #

this _26_ day of _May_____, 20_16_ at Wasco State Prison, Wasco, CA 93280

_____

Inmate/Declarant signature

Proof of Service, Case No.:_____

(Attach to document)

Nicholas Patrick AX4346
Wasco State Prison
P.O. Box 4400
Wasco, Ca 93280

PLA



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 6 2016

CENTRAL DISTRICT
BY

United States District Court
Central District of California
312 North Spring Street #G-8
Los Angeles, Ca 90012

