UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>    Plaintiff,<br><br>v.<br><br>COSTA MESA POLICE DEP'T, et al.,<br><br>    Defendants. | No. SA CV 16-318-DMG (PLA)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

On June 1, 2017, the United States Magistrate Judge issued a Report and Recommendation in this action, recommending that the action be dismissed without further leave to amend and with prejudice for failure to state a claim. [Doc. # 46.] On June 26, 2017, Plaintiff filed his Objections to the Report and Recommendation. [Doc. # 47.]

To the extent Plaintiff, in his Objections, seems to be seeking -- for the first time -- an opportunity to amend his *Fourth* Amended Complaint because he now understands that the actions of some defendants may have violated the Prison Rape Elimination Act ("PREA") (see Objections at 1-2), the Act does not create a private right of action. Bell v. Cty. of L.A., 2008 WL 4375768, at *6 (C.D. Cal. Aug. 25, 2008) (citations omitted); Olive v. Harrington, 2016 WL 4899177, at *4 (E.D. Cal. Sept. 14, 2016).

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. Judgment shall be entered consistent with this Order; and

3. The Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: September 25, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE