UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COSTA MESA POLICE DEP'T, et al.,<br><br>　　　　　Defendants. | No. SA CV 16-318-DMG (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 25, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE