# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>Plaintiff,<br><br>v.<br><br>MCDERMOTT, ET AL.,<br><br>Defendants. | Case No. 8:16-cv-00318-DMG-PLA<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>**MATTER FOR DETERMINATION BY THE HONORABLE PAUL L. ABRAMS** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: December 26, 2018

*Paul L. Abrams*

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE