# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **SA CV 16-318-DMG (PLA)**  Date: **February 28, 2019**

Title:   Nicholas Patrick v. Costa Mesa Police Dep't, et al.

---

**PRESENT:** THE HONORABLE **PAUL L. ABRAMS**, UNITED STATES MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE

**PROCEEDINGS:**   (IN CHAMBERS)

On January 3, 2019, the Court ordered the United States Marshal to proceed with service of process of the summons and Fifth Amended Complaint on multiple defendants in this action, including defendant Sergeant L. Hahn. The marshal was informed that Sergeant Hahn no longer works for the Orange County Sheriff's Department (ECF No. 177). He thus remains unserved. Accordingly, **no later than March 21, 2019**, plaintiff is ordered to show cause why this action should not be dismissed as to defendant Hahn for failure to prosecute and serve him. Filing by plaintiff of a current location where defendant Hahn can be served by the marshal will constitute compliance with this Order. **Failure by plaintiff to respond to this Order, or to show cause why this action should not be dismissed as to defendant Hahn, will result in dismissal as to defendant Hahn**.

cc:     Nicholas Patrick, pro se
         Counsel of Record

Initials of Deputy Clerk    ch