JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS PATRICK, | No. SA CV 16-318-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COSTA MESA POLICE DEP'T, et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ADJUDGED that plaintiff's Fifth Amended Complaint is **dismissed without prejudice** for plaintiff's failure to exhaust his administrative remedies, and this action is dismissed.

DATED: July 1, 2020

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE